```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03.19.09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
FLAME S.A.,

                Plaintiff,

- against -

PRIMERA MARITIME (HELLAS) LIMITED,

                Defendant.
------------------------------------------------------------x

09 Civ. 2118 (RMB)

**ORDER**

      Plaintiff's application for an <u>ex parte</u> Order for Process of Maritime Attachment pursuant to Rule B of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Rule B"), dated on or about March 9, 2009, is denied.  See <u>STX Panocean (UK) Co. Ltd. v. Glory Wealth Shipping Pte Ltd., et al.</u>, No. 08-6131-cv, slip op. at 10 (2d Cir. Mar. 19, 2009) (per curiam).

      Plaintiff acknowledges that "Defendant has registered to do business in New York," (Aff. of William R. Bennett, III, dated Mar. 9, 2009, ¶ 2), which "is sufficient to satisfy both prongs of the <u>Seawind</u> [<u>Compania, S.A. v. Crescent Line, Inc.</u>, 320 F.2d 580, 581–82 (2d Cir. 1963)] Test and, therefore, a company registered with the Department of State is 'found' for purposes of Rule B."  <u>STX Panocean (UK) Co. Ltd.</u>, slip op. at 10.

**SO ORDERED.**

Dated: New York, New York
       March 19, 2009

_____
**RICHARD M. BERMAN, U.S.D.J.**